UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph<br>☐ Central ☐ Southern<br>☐ Southwestern | | **Jackson** County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name        JAMES REECE VANCE
Alias Name
Birthdate              09/25/1973

**Related Case Information**

Superseding Indictment/Information   ☐ Yes  ☒ No   if yes, original case number _____
New Defendant                         ☒ Yes  ☐ No
Prior Complaint Case Number, if any  _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA        Catherine Connelly

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required       ☐ Yes  ☐ No
Warrant Required    ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts ___1___

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2422.F/4/6200 | Coercion or Enticement of Individuals | 1 |

Date   5/1/18                Signature of AUSA   /s/ Catherine Connelly