IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                          Case No.    18-00120-01-CR-W-BP

JAMES REECE VANCE,

          Defendant.

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

      The above-named defendant, having appeared before the US District Court in the Northern District of Alabama on May 10, 2018 and having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the Court finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

      ORDERED that Laine Cardarella, Federal Public Defender, and Steve Moss, William M. Ermine, Anita Burns, Travis Poindexter, Robert Kuchar, Ronna Holloman-Hughes, William Raymond, Carie Allen, Todd M. Schultz and Allison McKinsey English, Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law, Assistant Federal Public Defenders, 901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022 and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                /s/ Sarah W. Hays
                                                SARAH W. HAYS
                                                UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
May 23, 2018